DAVID E. McALLISTER (AZ BN 021551)
JOSEPHINE E. PIRANIO (AZ BN 020630)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com

Attorneys for BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>WALTER STAHMER AND SANDRA LYNN STAHMER,<br><br>Debtor(s). | Case No. 2:09-bk-09308-SSC<br><br>Chapter 13<br><br>PROOF OF SERVICE BY MAIL |

I, Michael Velasco, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On December 23, 2009, I served the CERTIFICATE OF SERVICE AND OF NO OBJECTION; NOTICE OF LODGMENT OF ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY and [PROPOSED] ORDER FOR RELIEF in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 23, 2009, at San Diego, California.

MV 2360
MICHAEL VELASCO

## SERVICE LIST

**DEBTOR(S)**

Walter Stahmer
Sandra Lynn Stahmer
245 N Litchfield Rd #173
Goodyear, AZ 85338

**DEBTOR(S) ATTORNEY**

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

**CHAPTER 13 TRUSTEE**

Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965