**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: December 22, 2009**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

DAVID E. McALLISTER (AZ BN 021551)
JOSEPHINE E. PIRANIO (AZ BN 020630)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com

Attorneys for BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>WALTER STAHMER AND SANDRA LYNN STAHMER,<br><br>      Debtor(s).<br><br>BANK OF AMERICA, N.A.,<br><br>      Movant,<br><br>      v.<br><br>WALTER STAHMER AND SANDRA LYNN STAHMER, Debtor(s); and RUSSELL BROWN, Chapter 13 Trustee,<br><br>      Respondents. | Case No. 2:09-BK-09308-SSC<br><br>Chapter 13<br><br>ORDER FOR RELIEF |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust commonly known as 18123 West Canyon Lane, Goodyear, Arizona 85338 ("Real Property"), which is legally described as:

LOT 84, SUNCHASE AT ESTRELLA PARCEL NO 52, ACCORDING TO BOOK 512 OF MAPS, PAGE 31, RECORDS OF MARICOPA COUNTY, ARIZONA;

EXCEPT ALL OIL AND GAS AS RESERVED IN PATENT FROM UNITED STATES OF AMERICA.

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

4. Upon foreclosure, in the event Debtors fail to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

5. If the Trustee is making payments to Movant, the Trustee shall cease making such payments at the next regular disbursement following service of this Order;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

8. Counsel for Movant is to serve a copy of this Order immediately upon Debtors, Debtors' counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

- 3 -

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: morgank              Page 1 of 1                Date Rcvd: Dec 23, 2009
Case: 09-09308                 Form ID: pdf004            Total Noticed: 2

The following entities were noticed by first class mail on Dec 25, 2009.
db/jdb      +WALTER STAHMER,   SANDRA LYNN STAHMER,    245 N LITCHFIELD RD #173,    GOODYEAR, AZ 85338-1286
aty          JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ   85311-1737

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2009**            **Signature:** *Joseph Speetjens*