IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: June 29, 2010

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge

**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Tel: 623-939-6546
Fax: 623-939-6718
Email: LawOffice@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorneys for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re: | Chapter 13 Proceedings |
| **WALTER STAHMER and SANDRA L. STAHMER**, | Case No. 2:09-bk-09308-SSC |
| Debtors. | **ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH TRUSTEE'S RECOMMENDATIONS** |

Pursuant to Debtors' Motion for Extension of Time to Comply with Trustee's Recommendations, and good cause appearing,

IT IS HEREBY ORDERED that an extension of the deadline to comply with the Trustee's Recommendations is hereby granted until July 15, 2010.

DONE IN OPEN COURT this _____ day of _____, 2010.

_____
Honorable Sarah Sharer Curley
United States Bankruptcy Court